United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE MATTHEW B. MAJOR,

Plaintiff.

Case No. 24-cv-06773 BLF

**JUDGMENT**

For the reasons stated in the order of dismissal, this action is DISMISSED without prejudice.  Judgment is entered accordingly.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated:  **_January 8, 2025_____**

BETH LABSON FREEMAN
United States District Judge

Judgment
P:\PRO-SE\BLF\CR.24\06773Major_judgment